UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**Michael Picard,**
*Plaintiff*

*v.*

**Patrick Torneo, John Jacobi,** and **John Barone,**
*Defendants*

FILED
2016 SEP 15 A 11: 13
US DISTRICT COURT
HARTFORD CT

No. 16-cv-1564

## Notice of Manual Filing

Please take notice that Michael Picard has manually filed Exhibit C to his complaint. Exhibit C to his complaint has not been filed electronically because the electronic file size of the document exceeds 5MB. Exhibit C to his complaint will be manually served on all parties.

_/s/ Dan Barrett_
Dan Barrett (# ct29816)
ACLU Foundation of Connecticut
765 Asylum Avenue, 1st Floor
Hartford, CT 06105
(860) 471-8471
e-filings@acluct.org

September 15, 2016
*Counsel for Mr. Picard*

1

## Certificate of Service

I certify that a copy of foregoing was filed electronically on September 15, 2016. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

     /s/ Dan Barrett
Dan Barrett (# ct29816)
ACLU Foundation of Connecticut
765 Asylum Avenue, 1st Floor
Hartford, CT 06105
(860) 471-8471
e-filings@acluct.org