UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MICHAEL PICARD                    :        CIVIL NO. 3:16CV1564(WWE)
    *Plaintiff,*                     :
                     :
    V.                              :
                     :
PATRICK TORNEO, *et al.*          :
    *Defendants.*                   :        DECEMBER 20, 2016

## STATEMENT OF COUNSEL RE: 26(f) REPORT

Now comes Assistant Attorney General Carmel Motherway, counsel for the

defendants in the above-captioned case, in response to the Court's December 7, 2016

Order *re* compliance with Local Rule 26(f). I can report to the Court that (1) this case

does not fall within the exemptions set forth in Local Rule 26(f)(3), and (2) while 26(f)(1)

required the filing of the parties' Report on November 26, 2016, the delay in the filing of

the Report is solely attributable to me.

Plaintiff's counsel timely provided me with a draft proposed Report on November

23, 2016. *See* attached e-mail. I was ill that day and the following day, Thanksgiving

through Friday, November 25, 2016. Although I was at work November 27, 2016

through December 2, 2016, my time was spent on other matters, including defending

my client in a day long deposition in the matter of *Crespo v. Beauton*,

3:15cv0412(WWE), and responding to discovery requests in the wrongful death claim of

*Estate of Claudia Kiefer*, File No. 24629. I was then out of the office from December 3,

2016 through December 11, 2016.

Upon my return I defended two depositions in Bridgeport and conducted another in Rocky Hill, again in the matter of *Crespo v. Beauton*, as well as worked with the State Police to represent the Commissioner in filing an objection to a subpoena *duces tecum* directed to her in the instant case. On Sunday, December 18, 2016, I filed an objection in the matter of *Vandever v. Pluszynski*, 3:15cv928(AWT) relating to an inmate's serous misrepresentations to the Court regarding the conduct of discovery. On Monday, December 19, 2016, I submitted my contribution to the Rule 26(f) report to plaintiff's counsel at noon, and worked on an issue delaying execution of a settlement release in the matter of *Pierce v. Murphy*, 3:14cv712(RNC), as well as on an issue involving the award of monies to the State lab, among other things.

I am currently responsible for over 70 open cases, 26 in federal and state courts, the remainder include wrongful death and serious personal injury cases before the Office of the Claims Commission. My duties also include the review for legal sufficiency of every DOC and DESPP contract for the provision of goods and services and personal services over $5,000.00. While I am exceedingly aware of my responsibility to the Court in adhering to deadlines in a timely and responsible manner, I do not always succeed in doing so.

To this end, I represent to the Court that I regularly work well beyond a 40 hour work week in an effort to meet my deadlines and represent my clients with due diligence. I represent to the Court that I regularly work 12 to 15 hour days, and one weekend day. I offer this to the Court to state that I do take my responsibilities as an attorney, and to this Court, very seriously. I work hard in my duties and I have a

demonstrated willingness to put in whatever amount of time is needed to complete my work. I sincerely apologize to this Court for my oversight in not timely contributing my portion of the 26(f) Report to enable plaintiff's counsel to timely file same. I assure this Court that I will endeavor to prevent this from occurring again.

Additionally, the parties wish the Court to know that, although they are filing their 26(f) Report in tandem with this statement, discovery in the case began in November, when the plaintiff issued third-party document subpoenas and propounded his first set of discovery requests.  Notwithstanding the failure to timely file the report, the parties have not neglected the case.

Respectfully submitted, by

/s/ *Carmel A. Motherway*
Carmel A. Motherway
Assistant Attorney General
Federal Bar No. ct23175
110 Sherman Street
Hartford, CT 06105
Telephone No.: (860) 808-5450
Fax No. (860) 808-5591
E-Mail: carmel.motherway@ct.gov

Read and signed by plaintiff's counsel:

/s/   Dan Barrett                              /s/   Joseph Sastre

## CERTIFICATION

I hereby certify that on December 20, 2016, a copy of the foregoing **Statement of Counsel** was filed electronically [and served by mail on anyone unable to accept electronic filing]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing]. Parties may access this filing through the Court's system.

/s/ *Carmel A. Motherway*
Carmel A. Motherway
Assistant Attorney General

**Motherway, Carmel A.**

| | |
|---|---|
| **From:** | Dan Barrett <DBarrett@acluct.org> |
| **Sent:** | Wednesday, November 23, 2016 6:44 PM |
| **To:** | Motherway, Carmel A.; joseph.sastre@gmail.com |
| **Subject:** | Picard v. Torneo: proposed 26(f) report |
| **Attachments:** | 2016-11-23 draft proposed 26(f) report.doc |

Carmel, we've come up with a proposed joint 26(f) report that I've attached here for your perusal.  We reckon that you'll strike any of the facts that defendants plan to contest, fill in your anticipated defenses, etc.

Please give us your thoughts next week when you're able, and in the mean time, I hope that you have a restful holiday.

Yours sincerely,
Dan Barrett

--
Dan Barrett
Legal Director | ACLU of Connecticut
(860) 471-8471
2425 75BC B172 7466 3FFF 9A67 870F D7B6 110F 0A36