# EXHIBIT 1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**Michael Picard**,
*Plaintiff*

*v.*                                                                                       No. 16-cv-1564

**Patrick Torneo, John Jacobi, and John Barone**,
*Defendants*

### Subpoena

**To:**   Division of State Police
Connecticut Dep't of Emergency Servs. & Pub. Protection
1111 Country Club Road
Middletown, CT 06457

You are directed to produce and permit inspection and/or copying of the following electronically stored information, books, papers, documents or tangible things in your possession, custody or control:

(1)   the table of contents from any collection of policies, rules, guidelines, and/or administrative directives governing State Police employees;

(2)   any policy, rule, guideline, and/or other guidance in force at any time between September 11, 2015 and the present that governs:
(a) how employees are to respond to reports of persons with weapons;
(b) how employees are to use force and/or display weapons;
(c) how employees are to interact with the press or news media;
(d) how employees are to respond to being photographed, audio- and/or video recorded;
(e) how employees are to identify and preserve evidence;
(f) how employees are to participate in an Internal Affairs investigation;
(g) whether and how employees' involvement in a lawsuit forms a part of their employment and/or disciplinary history; and
(h) whether and how employees are responsible for consulting, studying, and/or maintaining a command of State Police policies and/or training materials;

(3)   any training materials, instructions, guides, or other information used to instruct employees in:
(a) responding to reports of persons with weapons;
(b) using force and/or displaying weapons;
(c) interacting with the press or news media;
(d) identifying and preserving evidence;
(e) responding to being photographed, audio- and/or video recorded;
(f) participating in an Internal Affairs investigation;
(g) how involvement in a lawsuit forms a part of their employment and/or

1

       disciplinary history; and
       (h) consulting, studying, and/or maintaining a command of State Police policies and/or training materials;

(4) any policy, rule, guideline, and/or other guidance in force at any time between September 11, 2015 and the present that governs the initiation and conduct of an Internal Affairs investigation;

(5) all documents, records, recordings, reports, communications, notes, and drafts pertaining to any investigation of a complaint submitted by Michael Picard on, after, or about September 12, 2015;

(6) the complete disciplinary histories of Patrick Torneo, John Jacobi, and John Barone;

(7) all records concerning any citizen complaints lodged against Patrick Torneo, John Jacobi, and John Barone;

(8) all records showing instances in which Patrick Torneo, John Jacobi, and/or John Barone were or are parties to lawsuits, or in which the behavior of Patrick Torneo, John Jacobi, and/or John Barone formed the basis of a claim presented to the Connecticut Claims Commissioner;

(9) all records showing instances in which the behavior of Patrick Torneo, John Jacobi, and/or John Barone formed the basis of a pre-litigation demand;

(10) logs of all calls for State Police services in West Hartford during the period from 6:00PM to 11:00PM on September 11, 2015;

(11) all computer-aided dispatch records reflecting State Police actions in West Hartford during the period from 6:00PM to 11:00PM on September 11, 2015; and

(12) all radio logs reflecting State Police actions in West Hartford during the period from 6:00PM to 11:00PM on September 11, 2015.

You must produce the above items before 5:00 PM on January 3, 2017 at the offices of the ACLU Foundation of Connecticut, 765 Asylum Avenue Hartford, CT 06105. You need not appear in person at the appointed time and place, but may instead have the above items delivered there on or before the deadline.

*(signatures on following page)*

2

/s/ Dan Barrett

---

Dan Barrett
ACLU Foundation of Connecticut
765 Asylum Street, 1st Floor
Hartford, CT 06105
(860) 471-8471
e-filings@acluct.org

November 29, 2016
*Counsel for Michael Picard*

Joseph R. Sastre
The Law Office of Joseph R. Sastre, LLC
67 Chestnut Street
Bristol, CT 06010
(860) 261-5643
joseph.sastre@gmail.com

## Return of Service

I hereby certify that on _____, I served this subpoena on _____ by means of _____ _____ at the location of _____.

| name | signature |
|---|---|

Service: $_____.
Mileage: $_____.
Postage: $_____.
Total: $_____.