UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHAEL PICARD | : | CIVIL NO. 3:16CV1564(WWE) |
| *Plaintiff,* | : | |
| | : | |
| V. | : | |
| | : | |
| PATRICK TORNEO, *et al.* | : | |
| *Defendants.* | : | JUNE 4, 2017 |

## MOTION FOR EXTENSION OF TIME *nunc pro tunc*

Now comes undersigned counsel, and respectfully requests an extension of time in which to respond to plaintiff's May 1, 2017 motion for partial summary judgment until the close of discovery. As reason therefor, defendants state that plaintiff's motion is premature at this juncture. Following depositions and the provision of expert testimony, the justification for TFC Barone's seizure of plaintiff Picard's camera is likely to be found within the bounds of the Fourth Amendment, and the infringement upon plaintiff's First Amendment rights to be *de minimus*.

*Per* Local Rule 7(b)(3), undersigned counsel e-mailed counsel for plaintiff on Saturday, June 3, 2017, at 4:47 p.m., to determine their position regarding this request. As it is the weekend, and the e-mail was sent less than 24 hours ago, there has understandably been no response. Undersigned counsel will not, however, be available through tomorrow, and wanted to make this request as soon as possible upon realizing that the deadline had passed. Therefore, undersigned counsel respectfully requests extension of the time for defendants to

respond to plaintiff's motion for partial summary judgment until the close of discovery.

    Respectfully submitted, by

        DEFENDANTS,
        Patrick Torneo, John Jacobi, and John Barone

        GEORGE JEPSEN
        ATTORNEY GENERAL

BY: /s/ *Carmel A. Motherway*
        Carmel A. Motherway ct23175
        Assistant Attorney General
        110 Sherman Street
        Hartford, CT  06105
        Tel:  (860) 808-5450 Fax: (860) 808-5591
        E-Mail: carmel.motherway@ct.gov

## CERTIFICATION

I hereby certify that on June 4, 2017, a copy of the foregoing Motion for Extension of Time was filed electronically [and served by mail on anyone unable to accept electronic filing].  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing].  Parties may access this filing through the Court's system.

        /s/ *Carmel A. Motherway*
        Carmel A. Motherway
        Assistant Attorney General