UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHAEL PICARD | : | CIVIL NO. 3:16CV1564(WWE) |
| *Plaintiff,* | : | |
| | : | |
| V. | : | |
| | : | |
| PATRICK TORNEO, *et al.* | : | |
| *Defendants.* | : | JUNE 8, 2017 |

### REPLY TO PLAINTIFF'S OPPOSITION
### TO PAINTIFF'S MOTION FOR EXTENSION OF TIME

Now comes undersigned counsel in reply to plaintiff's opposition to defendants' June 4, 2017 motion for an extension of time. Defendants are moving for an extension of time in which to respond to plaintiff's May 17, 2017 partial motion for summary judgment because defendants' need to retain an expert in this matter, and has only just begun that process. The first discovery production herein is being provided on June 15, 2017. The retention and disclosure of expert witness will follow in due course. The expert must consider all the facts and circumstances elicited through discovery in an effort to ensure the reliability of the opinions expressed. Defendants will be filing a motion for summary judgment with respect to the plaintiff's claims. The defendants' response to plaintiff's motion for partial summary judgment will be part and parcel of the defendants' summary judgment motion.

Undersigned counsel represents the Connecticut departments of Correction and Public Safety, and is presently litigating 31 cases in the United

States District Court and the State Superior Court in Connecticut. Counsel is also defending 19 cases before various state administrative agencies, including wrongful deaths. Many of these cases involve extensive discovery requests, review of voluminous medical records, securing expert testimony, and addressing the multiple motions attendant thereto. Apart from that, I review and approval all DOC and DESPP contracts for goods and services that are over $25,000.

      Undersigned counsel routinely works at least 60 hours per week, and tries to stay on top of deadlines. On Saturday, June 3, 2017, I discovered that I had failed to calendar the deadline for filing a response to plaintiff's motion for partial summary judgment in either my computer or personal date book. I immediately reached out to plaintiff's counsel to seek assent to my motion for extension. *See* 06/03/2017, 4:47 p.m. e-mail, attached.  Counsel responded with an offer to extend the deadline by two weeks. I am unable to respond to the plaintiff's motion for summary judgment within two weeks. Among other things, I am in the process of assembling discovery production in this case, another case involving a wrongful death, and two federal inmate cases, interviewing experts and putting contracts in place for three experts for disclosure in pending federal cases. For all the foregoing reasons, undersigned counsel respectfully reiterates the request for extension of the time for defendants to respond to plaintiff's motion for partial summary judgment until the close of discovery. The defendant Barone should not

suffer for my failure to timely respond to plaintiff's motion for partial summary judgment against him.

Respectfully submitted, by

> DEFENDANTS,
> Patrick Torneo, John Jacobi, and John Barone
>
> GEORGE JEPSEN
> ATTORNEY GENERAL
>
> BY: /s/ *Carmel A. Motherway*
> Carmel A. Motherway ct23175
> Assistant Attorney General
> 110 Sherman Street
> Hartford, CT  06105
> Tel:  (860) 808-5450 Fax: (860) 808-5591
> E-Mail: carmel.motherway@ct.gov

## **CERTIFICATION**

I hereby certify that on June 4, 2017, a copy of the foregoing Motion for Extension of Time was filed electronically [and served by mail on anyone unable to accept electronic filing].  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing].  Parties may access this filing through the Court's system.

> /s/ *Carmel A. Motherway*
> Carmel A. Motherway
> Assistant Attorney General

3