## Motherway, Carmel A.

| | |
|---|---|
| **From:** | Motherway, Carmel A. |
| **Sent:** | Saturday, June 03, 2017 4:47 PM |
| **To:** | Dan Barrett (DBarrett@acluct.org) |
| **Cc:** | Joseph Sastre (joseph.sastre@gmail.com) |
| **Subject:** | Picard v. Torneo, et al. |

Dan –

I need to file a motion to extend the time in which to respond to your motion for partial summary judgment – are you in a position to be able to assent to that? Bc I will not be here on Monday, I want to file this asap. Thank you

Carmel A. Motherway
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105

Tel: 860-808-5450
Fax: 860-808-5591