UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHAEL PICARD | : | CIVIL NO. 3:16CV01564(WWE) |
| *Plaintiff,* | : | |
| | : | |
| V. | : | |
| | : | |
| PATRICK TORNEO, *et al.* | : | |
| *Defendants.* | : | JANUARY 5, 2018 |

## APPEARANCE

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

Please enter my Appearance as counsel for the defendants; Patrick Torneo, John Jacobi and John Barone, in the above-captioned case. This appearance is in addition to the appearances already filed by AAG Carmel A. Motherway and AAG Stephen R. Finucane.

        DEFENDANTS
        PATRICK TORNEO, ET AL.

        GEORGE JEPSEN
        ATTORNEY GENERAL

BY:_____/s/_____
        Terrence M. O'Neill
        Assistant Attorney General
        Federal Bar No. ct10835
        110 Sherman Street
        Hartford, CT  06105
        Tel:  (860) 808-5450
        Fax:  (860) 808-5591
        E-Mail: terrence.oneill@ct.gov

**CERTIFICATION**

I hereby certify that on January 5, 2018, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Courts electronic filing system. Parties may access this filing through the Court's system.

_____/s/_____
Terrence M. O'Neill
Assistant Attorney General