UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**Michael Picard**,
*Plaintiff*

*v.*                                                                                                             No. 16-cv-1564

**Patrick Torneo**, **John Jacobi**, and **John Barone**,
*Defendants*

**Consent Motion for Modification of Discovery Schedule**

Owing to the difficulty in the scheduling of at least fourteen depositions to date involving multiple attorneys, it has taken until this month to reach agreement on dates for the remaining nine witnesses to give their testimony in this § 1983 case. The parties have agreed to fixed dates for most of the witnesses, and have agreed that all counsel will make availability–shifting other appointments as necessary–to have the remaining testimony taken by April 1st. As to document discovery, it is complete with the exception of one document subpoena issued to the state police by Mr. Picard on which compliance is due February 8th.

The parties therefore request that the Court modify the discovery schedule to set April 1st as the final day of discovery, and June 15th as the last day on which dispositive motions may be filed.

*(signatures follow on next page)*

| | |
|---|---|
| _____/s/ Dan Barrett_____ | _/s/ Carmel A. Motherway_ |
| Dan Barrett (# ct29816) | Carmel A. Motherway (# ct23175) |
| ACLU Foundation of Connecticut | Assistant Attorney General |
| 765 Asylum Avenue, 1st Floor | 110 Sherman Street |
| Hartford, CT 06105 | Hartford, CT 06105 |
| (860) 471-8471 | (860) 808-5450 |
| e-filings@acluct.org | carmel.motherway@ct.gov |
| | |
| _____/s/ Joseph R. Sastre_____ | January 31, 2018 |
| Joseph R. Sastre (# ct28621) | *Counsel for the Defendants* |
| The Law Office of Joseph R. Sastre, LLC | |
| 67 Chestnut Street | |
| Bristol, CT 06010 | |
| (860) 261-5643 | |
| joseph.sastre@gmail.com | |

January 31, 2018
*Counsel for Mr. Picard*

## Certificate of Service

I certify that a copy of foregoing was filed electronically on January 31, 2018. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

                                  /s/ Dan Barrett
                                  Dan Barrett