UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**Michael Picard**,
*Plaintiff*

*v.*                                                                                                   No. 16-cv-1564

**Patrick Torneo**, **John Jacobi**, and **John Barone**,                          May 4, 2018
*Defendants*

**Notice of Special Appearance**

I am authorized to practice in this Court and I appear as counsel for non-party Joseph Sastre, for the limited purpose of quashing the subpoena served upon him by the defendants.

       /s/ Dan Barrett
Dan Barrett (# ct29816)
ACLU Foundation of Connecticut
765 Asylum Avenue, 1st Floor      *Counsel for Mr. Sastre*
Hartford, CT 06105
(860) 471-8471
e-filings@acluct.org

## Certificate of Service

I certify that a copy of foregoing was filed electronically on May 4, 2018. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

                         /s/ Dan Barrett
                          Dan Barrett