UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHAEL PICARD | : | CIVIL NO. 3:16CV01564(WWE) |
| *Plaintiff,* | : | |
| | : | |
| V. | : | |
| | : | |
| PATRICK TORNEO, *et al.* | : | |
| *Defendants.* | : | JUNE 21, 2018 |

## APPEARANCE

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

Please enter my Appearance as counsel for the defendants; Patrick Torneo, John Jacobi and John Barone, in the above-captioned case. This appearance is in addition to the appearances already filed by AAG Carmel A. Motherway, AAG Stephen R. Finucane and AAG Terrence M. O'Neill.

DEFENDANTS
PATRICK TORNEO, ET AL.

GEORGE JEPSEN
ATTORNEY GENERAL

BY:_____/s/_____
Janelle R. Medeiros
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Federal Bar #ct30514
E-Mail: Janelle.Medeiros@ct.gov
Tel: (860) 808-5450
Fax: (860) 808-5591

**CERTIFICATION**

I hereby certify that on June 21, 2018, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Courts electronic filing system. Parties may access this filing through the Court's system.

                                                                                 _____/s/_____
                                                                                 Janelle R. Medeiros
                                                                                 Assistant Attorney General