# United States District Court
# District of Connecticut

**Michael Picard**,
*Plaintiff*

v.

**John Barone**,
*Defendant*

No. 16-cv-1564

January 13, 2020

## Notice of Manual Filing

Please take notice that Michael Picard has manually filed Exhibit C to his amended complaint [ECF # 119]. Exhibit C was not filed electronically because the electronic file size of the document exceeds 5MB. Exhibit C to his amended complaint will be manually served on all parties.

   /s/ Dan Barrett
Dan Barrett (# ct29816)
ACLU Foundation of Connecticut
765 Asylum Avenue, 1st Floor
Hartford, CT
06105
(860) 471-8471
e-filings@acluct.org