UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHAEL PICARD | : | CIVIL ACTION NO.3:16CV1564(WIG) |
| v. | : | |
| JOHN BARONE | : | JANUARY _16___, 2020 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(a)(ii), the parties hereby stipulate that this matter is dismissed with prejudice and without an award of costs to either party.

PLAINTIFF
MICHAEL PICARD

By  /s/ Dan Barrett
_____
Dan Barrett, # ct29816
ACLU Foundation of Connecticut
765 Asylum Avenue, 1st Floor
Hartford, CT 06105
(860) 471-8471
e-filings@acluct.org
*Counsel for the Plaintiff*

THE DEFENDANT:
John Barone

By _[signature]_____
Janelle R. Medeiros, #ct30514    Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Tel. No. 860-808-5450
Email:Janelle.medeiros@ct.gov
*Counsel for the Defendant*

7